**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF LOUISIANA**
**MONROE DIVISION**

WELELA MELKE YEHEDEGO                    CIVIL ACTION NO. 26-0472

VERSUS                                   JUDGE S. MAURICE HICKS, JR.

U S IMMIGRATION & CUSTOMS                MAGISTRATE JUDGE PEREZ-MONTES
ENFORCEMENT

**ORDER**

For the reasons assigned in the Report and Recommendation of the Magistrate Judge previously filed herein, and having thoroughly reviewed the record, noting there were no written objections filed, and concurring with the findings of the Magistrate Judge under the applicable law;

**IT IS ORDERED** that the Petition for Writ of Habeas Corpus (Record Document 1) is **GRANTED**. Respondents must release Petitioner as soon as reasonably possible and must notify the Court of Petitioner's release within 24 hours of Petitioner's release via email: motions_hicks@lawd.uscourts.gov.

**THUS DONE AND SIGNED**, in Shreveport, Louisiana, this 13th day of May, 2026.

_____
JUDGE S. MAURICE HICKS, JR.
UNITED STATES DISTRICT COURT